**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-7220**

KENNETH A. WHITE,

                    Plaintiff - Appellant,

          v.

WELLS FARGO BANK; BANK OF AMERICA/COUNTRYWIDE MORTGAGE
PAYMENT PROCESSING; DOUGLAS PUNCHAK,

                    Defendants - Appellees.

Appeal from the United States District Court for the Southern
District of West Virginia, at Bluefield.  Irene C. Berger,
District Judge. (1:13-cv-24248)

Submitted: February 20, 2015      Decided: February 25, 2015

Before MOTZ and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Kenneth A. White, Appellant Pro Se.  Matthew Douglas Patterson,
NELSON MULLINS RILEY & SCARBOROUGH, LLP, Columbia, South
Carolina; Andrew Boyd Bowman, Kelli A. Burns, MCGUIREWOODS, LLP,
Charlotte, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth A. White appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his civil action alleging violations of the Fair Debt Collection Practices Act and the Truth In Lending Act. We have reviewed the record and the parties' arguments on appeal and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. White v. Wells Fargo Bank, No. 1:13-cv-24248 (S.D. W. Va. Aug. 7, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED